421010

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORIGINAL**

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 01-CV-1427 (JRT/FLN)

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Felicia J.Boyd, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Paul J. Reilly, an attorney and member of the Bar of New York, admitted to practice in the State of New York and United States District Court for the Southern and Eastern Districts of New York, but not admitted to the bar of this court, who will be counsel for defendants Hilton Hotels Corporation, Hilton Reservations Worldwide LLC and Hilton Hospitality, Inc. in the cause listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

October 29, 2001
(Date)

Felicia J. Boyd
(Signature)

Minnesota Attorney License Number: 186168

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center.
Street Address: 90 S. 7th St.
City, State Zip: Minneapolis, MN 55402
Telephone: ( )

Affidavit of Proposed Admittee

I, Paul J. Reilly, am currently a member in good standing of the U.S. District Court for the Southern and Eastern Districts of New York, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-CV-1427 JRT/FLN Judge Assigned: Tunheim/Noel
Case Title: E. A. Sween Company v. Hilton Hotels Corporation, Hilton Reservations Worldwide LLC and Hilton Hospitality, Inc.

October 26, 2001
(Date)

Paul J. Reilly
(Type/Print Name)

Paul J. Reilly
(Signature)

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
(Social Security No.)

N/A
(Atty. License No.)

NY St. Bar: 1/95; SDNY: 9/95; EDNY: 12/98
(Date of Admission)

Law Firm: Baker Botts, L.L.P.
Suite/Bldg: N/A
Street Address: 30 Rockefeller Plaza, 44th Floor
City, State Zip: New York, New York 10112
Telephone: (212) 408-2634

Motion Granted; Richard D. Sletten /lj
For the Court, Richard D. Sletten, Clerk

OCT 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

OCT 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NY02:353835.1